UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHARLES LITTLE,

                      Petitioner,          **ORDER**

       -against-                      21-CV-4792 (JPC) (JW)

TYNON,

                      Respondent.

------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

    Petitioner's request for pro bono counsel is denied.  Petitioner's request for an extension of time to reply in support of his petition for writ of habeas corpus is granted.  Petitioner's reply is due **July 6, 2022**.

    **The Clerk of Court is respectfully requested to mail a copy of this order, along with Dkt. No. 15, to Petitioner.**

    SO ORDERED.

Dated:  April 7, 2022
         New York, New York

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge