UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHARLES LITTLE,

                Petitioner,

  -against-                                21 **CIVIL** 4792 (JPC)(JW)

                                             **JUDGMENT**

SUPERINTENDENT TYNON,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 30, 2023, the Court has conducted a de novo review of the Report and Recommendation and finds it to be well reasoned and its conclusions well founded. Accordingly, the Court has adopted the Report and Recommendation in its entirety. Little's petition for a writ of habeas corpus is denied. Because Little has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2), a certificate of appealability shall not issue; accordingly, the case is closed.

**Dated:**  New York, New York

        July 5, 2023

                                                          **RUBY J. KRAJICK**

                                                            _____
                                                                 **Clerk of Court**

                                    **BY:**       *K. Mango*

                                                            _____
                                                                 **Deputy Clerk**